**568 MEAD vs. COMMISSIONERS OF HIGHWAYS, 15 M., 518.**

The party appearing to resist a motion, where the moving party makes default, is entitled to the costs of the motion.

**569 STEWART vs. CIRCUIT JUDGE (Antrim), No. 15238.**

To set aside taxation of costs for the reason (1) that the notice thereof was insufficient, and (2) that the circuit judge had no authority to tax same at Chambers.

Denied December 4, 1895, with costs.

The notice was served personally at Bellaire where counsel upon whom served resided, on the evening of June 26, for June 29, at Traverse City, thirty-five miles distant.

The taxation was by the circuit judge at Chambers, the clerk being disqualified. Respondent insisted that the taxation of costs is a ministerial act and may be done at Chambers. Abbott vs. Mathews, 26 M., 175, and inasmuch as, upon motion of relator, a re-taxation was had in court, the objection that the first taxation was at Chambers, is without force.

**570 STEINHAUSER vs. CIRCUIT JUDGE (Wayne), 42 M., 463.**

To compel circuit judge, who did not preside during the trial of a case appealed from Justice Court, to award costs.

Denied January 13, 1880, on the ground that the discretion given by the statute can only be exercised by the judge who heard the case.